UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JANA CROSBY, | ) CASE NO.: 1:17-CV-01822 |
| Plaintiff, | ) JUDGE: PATRICIA GAUGHAN |
| vs. | ) **STIPULATION FOR DISMISSAL AND JOURNAL ENTRY** |
| CITY OF MAPLE HEIGHTS, et al., | ) |
| Defendants | ) |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed with prejudice as against Defendant City of Maple Heights, the last remaining Defendant in this action, at the cost of said Defendant.  The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan     7/13/18
JUDGE PATRICIA GAUGHAN

*/s/Sean H. Sobel* (via email consent 7/12/18)
SEAN H. SOBEL (0086905)
2460 Fairmount Boulevard, Ste. 314
Cleveland, OH  44106
(216) 223-7213
(216) 223-7213 – Fax
Email: sobel@swmlawfirm.com

Counsel for Plaintiff

*s/James A. Climer*
JAMES A. CLIMER  (0001532)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jclimer@mrrlaw.com

Counsel for Defendants City of Maple Heights and Frank Consolo

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2018, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/James A. Climer*
JAMES A. CLIMER (0001532)

Counsel for Defendants City of Maple Heights and Frank Consolo

NORMA-170236/Stipulation for Dismissal of City of Maple Heights